UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA SUNSHINE,<br><br>  Plaintiff<br><br>v.<br><br>FUNXIONAL BEHAVIOR ANALYSIS LLC,<br><br>  Defendant | Case No.: 2:24-cv-00558-APG-EJY<br><br>**Order Dismissing Case** |

On May 7, 2024, I granted in part defendant Funxional Behavior Analysis LLC's motion to dismiss or for summary judgment with leave for plaintiff Angela Sunshine to amend. ECF No. 8. I advised Sunshine that if she did not file an amended complaint, then I would dismiss her original complaint without prejudice and close this case. *Id.* at 2. Sunshine did not file an amended complaint.

I THEREFORE ORDER that plaintiff Angela Sunshine's complaint (ECF No. 1 at 5-13) is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 3rd day of June, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE